**ORAL ARGUMENT SCHEDULED FOR JANUARY 27, 2023**

No. 20-1335

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

NATURAL RESOURCES DEFENSE COUNCIL,

*Petitioner,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and
MICHAEL REGAN, Administrator, U.S. Environmental Protection
Agency,

*Respondents.*

On Petition for Review of Final Action by the
United States Environmental Protection Agency

**ERRATA TO FINAL BRIEF OF RESPONDENT-INTERVENOR
AMERICAN WATER WORKS ASSOCIATION**

Ronald J. Tenpas
Corinne V. Snow
Vinson & Elkins LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Office: (202) 639-6791
Fax: (202) 330-5328
rtenpas@velaw.com
csnow@velaw.com
*Counsel for Intervenor American
Water Works Association*

Dated: December 6, 2022

**ERRATA TO FINAL BRIEF OF RESPONDENT-INTERVENOR**
**<u>AMERICAN WATER WORKS ASSOCIATION</u>**

Respondent-Intervenor American Water Works Association respectfully submits this errata to the proof brief filed on October 4, 2021 (Doc. 1967547). The following changes have been made in the final form of Respondent-Intervenor's Final Brief, filed today.

- On the cover page, the top line was revised to add the scheduled date for oral argument.

- On page 2, on the bottom line, the word "iodide" was changed to "iodine."

- On page 3, the missing words "and it" were added to the last full sentence of the first paragraph to clarify the meaning of the sentence.

- On page 5, there was an incorrect "*id.* at" cite in the bottom line of the page, second paragraph, which has been changed to "S. Rep. No. 104-169 at" so that the reader is referred to the proper source.

- On page 10, in two instances on the second line from the top of the page the word "iodine" was changed to "iodide" for consistency with the rest of the brief.

- On page 14, part of the EPA reference number to a cited source document was corrected from "HW" to "HQ."

- On page 16, a space was removed in between two brackets in the quote at the bottom of the page.

- On page 20, the word "only" was inserted into the quote from the National Academies of Science source for accuracy.

- On page 24, a "JA" citation reference was added to a cite because in the original brief, the citation to the record lacked the "JA" page placeholder.

- On page 25, in the first paragraph, a comma in a string citation was replaced with a semicolon for consistency.

- On page 27, a "JA" citation reference was added to a cite because in the original brief, the citation to the record lacked the "JA" page placeholder.

- On page 32, a space was removed before the period for the citation to *Chlorine Chemistry Council* at the end of the paragraph.

- On page 34, a period was added after "Br." in the second full paragraph.

- On page 35, a period was removed from the parenthetical on the first line of the page.

-  On page 40, "*id.*" was added to the second citation to 42 U.S.C. near the top of the page.

In addition to these changes, citations to the Joint Appendix have been added to the brief as appropriate.  The word count for the brief as originally filed was 8896; the word count for the Final Brief is 8902.

Dated: December 6, 2022           Respectfully submitted,

<u>/s/ Ronald J. Tenpas</u>
Ronald J. Tenpas
Corinne V. Snow
Vinson & Elkins LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Office: (202) 639-6791
Fax: (202) 330-5328
rtenpas@velaw.com
csnow@velaw.com
*Counsel for Intervenor American Water Works Association*

## CERTIFICATE OF SERVICE

On December 6, 2022, I served a copy of the foregoing Errata to Final Brief of Respondent-Intervenor American Water Works Association with the Clerk of the Court for the U.S. Court of Appeals for the D.C. Circuit using this Court's CM/ECF system. All parties are represented by registered CM/ECF users that will be served by the CM/ECF system.

/s/ Ronald J. Tenpas
Ronald J. Tenpas
Vinson & Elkins LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Office: (202) 639-6791
Fax: (202) 330-5328
rtenpas@velaw.com