# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-1335**                                             **September Term, 2022**

**EPA-85FR43990**

**Filed On:** July 27, 2023

Natural Resources Defense Council,

     Petitioner

  v.

Michael S. Regan, Administrator, U.S.
Environmental Protection Agency and
Environmental Protection Agency,

     Respondents

------------------------------

American Water Works Association,
     Intervenor

### <u>O R D E R</u>

Upon consideration of intervenor American Water Works Association's petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, petitioner and respondents file responses to intervenor's petition for rehearing en banc. Each response may not exceed 3,900 words. Absent an order of the court, a reply to the responses will not be accepted for filing.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Daniel J. Reidy
      Deputy Clerk