# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 20-1335**  **September Term, 2023**

EPA-85FR43990

**Filed On:** September 7, 2023

Natural Resources Defense Council,

    Petitioner

    v.

Michael S. Regan, Administrator, U.S. Environmental Protection Agency and Environmental Protection Agency,

    Respondents

------------------------------

American Water Works Association,
    Intervenor

**BEFORE:** Pan, Circuit Judge; Sentelle* and Tatel, Senior Circuit Judges

## O R D E R

Upon consideration of respondent-intervenor American Water Works Association's petition for panel rehearing filed on July 24, 2023, it is

**ORDERED** that the petition be denied.

### Per Curiam

                                    FOR THE COURT:
                                    Mark J. Langer, Clerk

                BY:    /s/
                        Daniel J. Reidy
                        Deputy Clerk

* Senior Circuit Judge Sentelle was a member of the panel that decided this case but did not participate in the disposition of this petition.