IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL,<br><br>Petitioner,<br><br>v.<br><br>ANDREW WHEELER, Administrator,<br>U.S. Environmental Protection Agency, and<br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY,<br><br>Respondents. | Case No. 20-1335 |

**PETITION FOR REVIEW**

Pursuant to the Safe Drinking Water Act § 1448(a)(1), 42 U.S.C. § 300j-7(a)(1), Rule 15 of the Federal Rules of Appellate Procedure, and D.C. Circuit Rule 15, the Natural Resources Defense Council hereby petitions the Court to review and set aside the final action of Respondents Andrew Wheeler, Administrator, U.S. Environmental Protection Agency, and U.S. Environmental Protection Agency to withdraw the agency's final determination to regulate perchlorate in drinking water, made final upon publication in the Federal Register on July 21, 2020, at 85 Fed. Reg. 43,990 under the title "Drinking Water: Final Action on Perchlorate."

Dated: September 3, 2020 Respectfully submitted,

/s/ Sarah V. Fort

Sarah V. Fort (Bar #62608)
Jacqueline M. Iwata
Natural Resources Defense Council
1152 15th Street NW, Ste. 300
Washington, DC 20005
Telephone: (202) 513-6247
sfort@nrdc.org

Nancy S. Marks (Bar #42596)
Natural Resources Defense Council
40 West 20th Street, 11th Floor
New York, NY 10011
Telephone: (212) 727-4414
nmarks@nrdc.org

*Counsel for Petitioner Natural Resources Defense Council*

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

NATURAL RESOURCES DEFENSE COUNCIL,

                    Petitioner,

   v.

ANDREW WHEELER, Administrator,
U.S. Environmental Protection Agency, and
UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

                  Respondents.

Case No. _____

## RULE 26.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Petitioner Natural Resources Defense Council makes the following disclosures:

<u>Non-Governmental Corporate Party to this Action</u>: Natural Resources Defense Council, Inc. (NRDC).

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

Party's General Nature and Purpose: NRDC, a corporation organized and existing under the laws of the State of New York, is a national nonprofit organization dedicated to improving the quality of the human environment and protecting the nation's endangered natural resources.

Dated: September 3, 2020                                  Respectfully submitted,


/s/ Sarah V. Fort

Sarah V. Fort
Natural Resources Defense Council
1152 15th Street NW, Ste. 300
Washington, DC 20005
Telephone: (202) 513-6247
sfort@nrdc.org
*Counsel for Petitioner Natural Resources Defense Council*

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2020, the foregoing Petition for Review and Rule 26.1 Corporate Disclosure Statement of the Natural Resources Defense Council have been served by certified U.S. mail, return receipt requested on each of the following:

Administrator Andrew Wheeler
U.S. Environmental Protection Agency
Mail Code 1101A
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

Attorney General William Barr
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Correspondence Control Unit
Office of General Counsel (2311)
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

/s/ Sarah V. Fort

Sarah V. Fort