# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-1335**  **September Term, 2022**

EPA-85FR43990

**Filed On:** June 7, 2023

Natural Resources Defense Council,

    Petitioner

    v.

Michael S. Regan, Administrator, U.S. Environmental Protection Agency and Environmental Protection Agency,

    Respondents

------------------------------

American Water Works Association,
    Intervenor

**BEFORE:** Pan, Circuit Judge; and Sentelle and Tatel, Senior Circuit Judges

## O R D E R

Upon consideration of respondents' unopposed motion for a 30-day extension of time to file a petition for rehearing or rehearing en banc, it is

**ORDERED** that the motion be granted. Any petition for rehearing and/or petition for rehearing en banc is now due on July 24, 2023.

**Per Curiam**

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:    /s/
              Daniel J. Reidy
              Deputy Clerk